UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL R. SMYTHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:13-CV-12 (CEJ) |
| ) | |
| RAYCOM MEDIA, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **dismissed**, pursuant to Fed.R.12(b)(6), for failure to state a claim for relief.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 15th day of August, 2013.